Kathryn Harstad (ID Bar No. 8419)
Erika Birch (ID Bar No.7831)
**STRINDBERG & SCHOLNICK, LLC**
802 W. Bannock Street, Suite 308
Boise, ID 83702
Telephone:     (208) 336-1788
Facsimile:      (208) 287-3708
*kass@utahjobjustice.com*
*erika@idahojobjustice.com*
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **CYNTHIA FULLER**, <br><br> Plaintiff, <br><br> vs. <br><br> **STATE OF IDAHO, DEPARTMENT OF CORRECTIONS, et al.**, <br><br> Defendants. | **DECLARATION OF KASS HARSTAD** <br><br> Case No. 1:13-CV-00035-JLQ <br><br> JUDGE JUSTIN L. QUACKENBUSH |

I, Kass Harstad, hereby being first duly sworn upon oath, declare and state the following based on my personal knowledge:

1.     I am counsel for Plaintiff Cynthia Fuller.

2.     As outlined in the index below, attached hereto are additional documents and evidence cited to by Plaintiff in her *Disputed Facts in Opposition to Defendants' Motion for Summary Judgment* filed with the Court.

| **Exhibit A** | IDOC – "A Professional and Respectful Workplace" -  Depo Exhibit 61 (IDOC TM 1-9) |
|---|---|
| **Exhibit B** | Louise F. Fitzgerald, Ph.D. report |

| **Exhibit B-1** | Excerpt Fitzgerald report – Part III Psychological Evaluation of Cynthia Fuller (SEALED) |
|---|---|
| **Exhibit C** | Email Hartz to Atencio (11/16/11) re administrative leave (IDOC CORRES 20-21) |
| **Exhibit D** | IDOC Policy 211 – Hiring & Probation – Depo Exhibit 104 (IDOC POLICY 447, 469-470) |
| **Exhibit E** | IDAPA Rules of the Division of Human Resources and Idaho Personnel Commission 15.04.01 – Rule 152 & 190 – Depo Exhibit 107 |
| **Exhibit F** | IDOC Standard Operating Procedure – Recognition and Awards (IDOC POLICY 561, 566) |
| **Exhibit G** | Email Kemf to "everyone" (11/20/12) re professionalism – Depo Exhibit 55 |

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 23nd day of July, 2014.

**STRINDBERG & SCHOLNICK, LLC**

/s/ Kass Harstad
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, a true and correct copy of the foregoing pleading was served on the following via the CM/ECF:

Phillip J. Collaer
Tracy Crane
Anderson Julian & Hull LLP
C.W. Moore Plaza
250 S. Fifth St. Suite 700
P.O. Box 7426
Boise, ID  83707-7426
*pcollaer@ajhlaw.com*
*tcrane@ajhlaw.com*

                                                                                                /s/ Tonya Hansen