# EXHIBIT A



Exh. No. 61
Date 12-6-13
Name Hartz
M & M Court Reporting

# Idaho Department of Correction

"A Professional and Respectful Workplace"

# Today we will:

- Discuss the definition of a respectful workplace

- Respect: esteem for or a sense of the worth or excellence of a person, a personal quality or ability, or something considered as a manifestation of a personal quality or ability.

## Respectful workplace quiz
## (True or false)

- Only supervisors and managers – people with authority to affect others' job status – can sexually harass.

- A complainant must show tangible job loss – demotion, salary reduction, salary loss due to absenteeism or illness, etc. – to claim sexual harassment.

•Employers are not responsible for what an employee does with another employee after hours and away from the workplace.

•A third person who is offended by a verbal exchange of a sexual nature between two co-workers cannot claim sexual harassment unless one of the two co-workers does.

- One racial epithet may be sufficient to constitute harassment.

An employee inviting another employee out for a date.

- An employee calling an older employee "pops".

# Why do we care?

- Harassment is against the law and violates IDOC policy - 201 Respectful Workplace

3

IDOC TM 3

## How do we instill and maintain a Respectful Workplace

- Training
- Awareness
- Accountability

## Sexual and General Harassment:

- Violation of EEO rights—<u>discrimination</u> of any type based on: race, color, religion, sex (gender), national origin, age (if 40 or older), military veteran status (limited), and physical or mental disabilities.

General Harassment

Sexual Harassment

Retaliation

## General Harassment

Disparaging remarks, intimidating, or taunting that to a reasonable person creates a demoralizing and uncomfortable work environment.

## Definition – Sexual Harassment

- Unwelcome and uninvited sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

  -- Submission to such conduct is made explicitly or implicitly a term or condition of employment;
  -- Submission to, or rejection of such conduct is used as the basis for an employment decision;
  -- Such conduct creates a hostile or intimidating working environment

# Two Basic Kinds of Sexual Harassment

- Quid pro quo:

- Hostile Work Environment:

# What forms of sexual harassment does the behavior take?

- Verbal Abuse

- Non-Verbal Abuse

6

IDOC TM 6

## Our Responsibilities

- Monitor your behavior

- Report immediately through your chain of command or directly to the IDOC Human Resource Administrator

## Victims may not come forward because

- Fear of retaliation
- Not wanting to get the harasser in trouble
- They don't want to "rock the boat"

7

IDOC TM 7

# If you are subject to harassment you should:

- Report to your chain of command or IDOC HR Administrator

# *Retaliation*

- includes any adverse action taken against an employee for filing a complaint or supporting another employee's complaint under a variety of laws

- Retaliation is PROHIBITED

## What supervisors and managers must do:

- Report immediately

## Confidentiality

- All sexual harassment complaints and investigations shall be handled with sensitivity and confidentiality.
- Need to know basis.