# EXHIBIT C

**From:** Roberta Hartz
**To:** Atencio, Henry
**Date:** 11/16/2011 12:30 PM
**Subject:** Cynthia,

Cynthia,

On Thursday, November 10th, Kim Harvey, Roberta Hartz, and I met with you. During our meeting you requested a couple things that I said that I would look into for you. First of all, you asked if you could have your sick and vacation leave reinstated. This was leave that you used while dealing with issues regarding Mr. Cruz. I have talked with Chief Kempf and Bill Loomis from our AG's office. It has been advised not to reinstate your time back to you however, moving forward, if you need time off and you do not have leave time on the books please feel free to request administrative leave and your request will again go before the leadership team for discussion.

Also during this meeting you brought up that you should be allowed Administrative leave because per policy where it states "unusual situation" you feel that this qualifies you for Admin leave. The policy states, Administrative leave may be granted when the appointing authority deems it necessary due to an unusual situation that could jeopardize agency operation, the safety of others, or could create a liability situation for the agency. The department does not feel that you being at work jeopardizes the agency operation, the safety of others, or could create a liability situation for the agency. However, with Mr. Cruz being under investigation, having him in the office would jeopardize the agency operation, the safety of others, or could create a liability situation for the agency. This is why Mr. Cruz is out on administrative leave. Again, Mr. Cruz is out on Administrative leave because someone else came forward with allegations against him.

Also, you requested that staff know that Herbt Cruz cannot be at

D3.  An email from DM Harvey went out to staff on Nov. 17th telling them that if Mr. Cruz is seen at D3 then staff should notify their supervisor.

Cynthia, I'm sure that this is a very difficult time for you.  The Department is doing everything that we can to move forward with this case as fast and as thorough as possible.  If you feel that the Department has done something wrong please let me know.

Sincerely,

Henry Atencio