# EXHIBIT D

| DEPARTMENT OF CORRECTION | POLICY MANUAL | POLICY NUMBER:<br>211 v4.2 | PAGE NUMBER:<br>1 of 24 |
|---|---|---|---|
| | | SUBJECT:<br>Hiring and Probation | Reviewed: 02-04-03<br>Revised: 12-29-10 |

### 01.00.00.   POLICY OF THE DEPARTMENT

It is the policy of the Idaho Board of Correction that the Idaho Department of Correction (IDOC) will fill all positions competitively on the basis of merit and in accordance with applicable federal and state laws.

In order to maintain confidentiality and protect the security of the department and its facilities, it is the policy of the Board of Correction that the department performs thorough and careful screening of the applicants prior to hiring.

### 01.01.00.   PURPOSE

The IDOC shall utilize probationary periods as a working test period to provide an opportunity to evaluate a probationary employee's work performance and suitability for the position.

### 02.00.00.   TABLE OF CONTENTS

01.00.00.   POLICY OF THE DEPARTMENT
01.01.00.   PURPOSE
02.00.00.   TABLE OF CONTENTS
03.00.00.   REFERENCES
04.00.00.   DEFINITIONS
05.00.00.   PROCEDURE
05.01.00.   HIRING AND APPOINTMENT PROCEDURE
05.01.01.   Equal Opportunity
05.01.02.   Confidentiality
05.01.03.   Recruitment
05.01.04.   Non-Classified Appointments
05.01.05.   Sources for Filling Classified Positions
05.01.06.   Employment Interview
05.01.07.   Hiring
05.01.08.   Hiring Restrictions
05.01.09.   Hiring Packet
05.01.10.   Hiring Packet Approval Process
05.02.00.   PROBATIONARY PROCEDURE
05.02.01.   Probationary Periods
05.02.02.   Purpose of the Probationary Period
05.02.03.   Satisfactory Service
05.02.04.   Automatic Certification to Permanent Status


Exh. No. 104
Date 3-14-14
Name Means
M & M Court Reporting

| POLICY NUMBER: | SUBJECT: | PAGE NUMBER: |
|---|---|---|
| 211 v4.2 | Hiring and Probation | 23 of 24 |

### 05.02.05.   Extension of Probationary Period

If a probationary employee is not meeting expectations satisfactorily, the appointing authority must meet with the employee to discuss performance. If good cause exists, an appointing authority may discuss an extension of the probationary period not to exceed one thousand forty (1,040) hours. The supervisor shall document the performance issues and work with the employee to outline an action plan and goals for the extended probationary period.

At least 30 calendar days prior to the employee reaching his probationary hours, one thousand forty (1,040) or two thousand eighty (2,080), the appointing authority shall submit written documentation of the performance issues and the training plan to HRS requesting to extend probation. HRS shall forward the documentation to the DHR administrator who must approve the probation extension. The appointing authority shall be notified by HRS of the results of the request.

### 05.02.06.   Unsatisfactory Completion of Probation

### 05.02.06.01.   Entry and Voluntary Probation

An employee who fails to serve satisfactorily during the entrance or voluntary probation period shall first be given the opportunity in writing to resign without prejudice. An employee who fails to resign may be dismissed without cause assigned and without the right to file for problem solving or appeal. The appointing authority shall provide the employee and HRS with a performance evaluation or information identifying the cause for unsatisfactory completion no later than the expiration of the probationary period. The division chief (or designee) must approve the failure to complete prior to notification to the employee of the dismissal.

Fifteen (15) calendar days advance notice of termination for unsatisfactory service shall be given to the employee in writing. The employee may be placed on administrative leave with pay until the expiration date, unless there are extenuating circumstances. The director (or designee's) approval is not necessary for the administrative leave.

### 05.02.06.02.   Promotional Probation

If an employee fails to render satisfactory performance in a promotional position, the decision not to grant permanent status shall be made prior to the time the employee's completion of the one thousand forty (1,040) or two thousand eighty (2,080) hours of probation. The employee shall be returned to the lower classification in which the employee held permanent status with the salary reduced by the amount of the promotional increase.

A performance evaluation and a letter notifying the employee of failure to satisfactorily complete probation shall be completed and provided to the employee. The division chief

| POLICY NUMBER: | SUBJECT: | PAGE NUMBER: |
|---|---|---|
| 211 v4.2 | Hiring and Probation | 24 of 24 |

(or designee) must approve the failure to complete prior to the employee being notified of the return to the lower classification. The letter shall indicate that the employee shall be returned to a position similar to the one in which permanent status was held. A copy of the letter shall be forwarded to HRS for retention.

An appointing authority shall be notified of the failure to complete promotional probation and should attempt to place the employee in a comparable position in which the person held permanent status. If no such position is available within the division/facility, the appointing authority shall contact other appointing authorities to find a position for the employee. When a position is located, the employee shall be notified in writing of the position and anticipated date of transfer. Contact HRS for any needed assistance.

If the employee refuses to accept the position, it shall be considered a voluntary resignation from service with the IDOC.



_____     _____
Director, Department of Correction           Date

IDOC POLICY 470