# EXHIBIT F

| Idaho Department of Correction | Standard Operating Procedure | Control Number: 128.00.01.001 | Version: 1.4 | Page Number: 1 of 9 |
|---|---|---|---|---|
| | | | | Adopted: 2-25-2011 |
| | Department-Wide General Administration | Title: Recognition and Awards | | Reviewed: 2-25-2011 |
| | | | | Next Review: 2-25-2013 |

This document was approved by Brent Reinke, director of the Idaho Department of Correction, on 2/25/11 (signature on file).

## BOARD OF CORRECTION IDAPA RULE NUMBER

None

## POLICY STATEMENT NUMBER 128

Recognition and Awards

## POLICY DOCUMENT NUMBER 128

Recognition and Awards

## DEFINITIONS

Standardized Definitions List

*Fiscal Staff:* Any person, regardless of official title, responsible for compliance with State of Idaho and Idaho Department of Correction (IDOC) accounting standards and data entry.

*Manager:* An employee appointed to manage, direct, and control a designated work unit. Managers include division chiefs, deputy division chiefs, facility heads, deputy wardens (or second-in-commands), district managers, designated lieutenants, program managers, or any appointed unit manager.

*Statewide Accounting and Reporting System (STARS):* The State of Idaho's Office of the State Controller's computer system that is used for processing and reporting accounting transactions.

## PURPOSE

The purpose of this standard operating procedure (SOP) is to ensure that:

- Standards are established and consistent internal controls exist to manage and support all recognition events and related expenditures (to include awards);
- Idaho Department of Correction (IDOC) employees and volunteers are recognized for their service and performance;
- IDOC employees are recognized for their ideas and concepts that improve IDOC practices, methods, procedures, or result in savings for the IDOC;
- IDOC offenders are recognized for good behavior; and

| Control Number: | Version: | Title: | Page Number: |
|---|---|---|---|
| 128.00.01.001 | 1.4 | Recognition and Awards | 6 of 9 |

- Flowers or gifts for the death of an employee or non-IDOC person;
- Alcoholic beverages;
- Payment for employee spouses, partners, or dates when they attend activities;
- Recognition of non-State of Idaho employees other than volunteers;
- Any non-performance related expenditure; and
- Shirts (non-standard issued uniforms) – not allowable with State of Idaho funds unless taken from the annual recognition budget (for employees) **and** approved in advance by the appropriate manager (unit head).

4. Awards

### Employee of the Quarter (EOQ) Award

The EOQ award is presented to an employee who has performed above and beyond his normal responsibilities and exemplify:

- Respect for staff, supervisors, offenders, and the public;
- Teamwork and attitude;
- Contributions to the IDOC's mission and goals;
- Interpersonal and communications skills;
- Professionalism; and
- Customer service.

Managers (unit heads) at Central Office, each correctional facility, and each probation and parole district office location will determine the process for selecting award recipients.

Appendix A, *Employee of the Quarter Award Nomination Form*, shall be used for nominating employees for EOQ awards.

EOQ awards will consist of a plaque that shall not cost more than fifteen dollar ($15). The cost of the plaque will be covered by each location's administrative budget. Any additional recognition associated with the EOQ Award must be covered through fund-raising events.

### Specialty Awards

Specialty awards are presented by the Idaho Board of Correction, the director of the IDOC, and division chiefs (or designees).

**Note:** Recognition of non-State of Idaho employees is at the discretion of the director **and** must be funded through personal contributions or fund-raising events.

The applicable nomination form must be submitted first to the appropriate manager (unit head), who will then submit the form to the division chief. The division chief will then review the forms to see if the award criteria is met and the supporting information supports the nomination. The division chief will then submit all satisfactory forms to the director **and** Board of Correction for approval. (Either the director or chair of the Board, may approve the award.)

IDOC POLICY 566