# EXHIBIT G

Sharon M. Carvo

Subject: FW: FW: Email from Kevin Kempf

**EXHIBIT**

CARLIN #21
3-14-13 PP

> From: Kevin Kempf
> To: [Everyone at ICIO]; [Everyone at IMSI]; [Everyone at ISCI]; [Everyone at NICI]; [Everyone at PWCC]; [Everyone at SAWC]; [Everyone at SICI]; [Everyone at South Boise Women's Correctional Center]
> CC: Prison Headquarters Staff
> Date: 11/20/2012 3:38 PM
> Subject: Warning...long email
>
> Greetings everyone!
>
>
> Two weeks ago Director Reinke and I presented our Mission, Vision, and Values to our new Correctional Officer academy. During our presentation we used words like integrity, professionalism, and respect. We said that these were expectations of our staff and that we are proud of our department. Later we were approached by someone who heard our presentation and told us of things that they were experiencing at one of our prisons. They described staff who used foul language, told inappropriate jokes, and displayed zero attributes within our Mission and Values. This staff person asked me how our department will protect them from behaviors like this. I talked about their ability to contact HR or to simply find a Supervisor within the facility and talk about what they are experiencing.
>
> After meeting with this person Director Reinke and I spoke about this experience. I hated to admit that this behavior, unfortunately, probably exists in every one of our facilities. It's an ugly part of almost every prison culture across the country.
>
> On the following Monday we were attending the Office of Professional Standards meeting. I relayed what we heard from this staff member and how embarrassing it was to hear. While I was telling the story, one of the people around the table was shaking their head. Director Reinke asked what was wrong. This staff member described something that happened last week. They explained that they were in front of this same CO academy, along with fellow Supervisors and Instructors. During the day and within earshot of the class, several of the Supervisors/Instructors engaged in inappropriate language that many would find vulgar and not appropriate. This person explained that it didn't seem inappropriate at the time, but now felt that it probably was.
>
> You can imagine how dumb I felt after hearing this. While I was talking to this new CO academy about integrity, respect, and professionalism they must have thought I was out of my mind. Does everyone of our employees engage in inappropriate behavior? Of course not. But, even one person that does can cast a shadow on us all. Let me give you a real life example that happened later this same day.....
>
> As if this wasn't enough for one day, later that afternoon our leadership team met with the contract staff who conducts our Leadership 100, 200, 300, and 400 series. They were giving us a briefing on how things were going. 99% of their feedback was very positive and they spoke highly of our staff. However, near the end we were advised that "several" of our staff (all staff, not just Prisons) are not following the "Values" that we have embedded in our Mission Statement. They gave embarrassing examples of staff talking openly about cheating on their Elevate training tests (online training and promotional exams). They said that one person would take the test, print off the answers, and pass them around for other staff use. The Instructor was shocked how cavalier our employees were about doing this. It speaks to our Values, it speaks to our Integrity. Now, do you think we talked afterwards about the 99% positive feedback we received or the concerning allegations that 1% of our aff are cheating? You guessed it, we talked about that 1%. It's not fair that the actions of a few can place a

1

Exh. No. 55
Date 12-5-13
Name Kempf
M & M Court Reporting

shadow on everyone else.
>
> In the past few months we have heard allegations of staff telling new CO's that providing certain sexual favors is the only way to promote. We have heard allegations that Supervisors are harassing subordinate employees by asking them out on dates and talking about things that are offensive and inappropriate.
>
> These types of allegations are not isolated to prisons. They exist in central office, P&P, ETR, and everywhere else. I also know how easy it is to fall into this type of talk. It's easy to have a funny conversation with a group of staff and have it quickly "take off" on you. I have certainly done it. We work in some crazy places and see things that most people only read about. Our senses of humor are warped. I'm not foolish enough to think we can turn this boat around overnight. However, it is worthy of our efforts to move in that direction.
>
> There will always be good reasons for staff to leave our department. Better pay, didn't like working around inmates, etc. But, shame on all of us if we allow a negative culture to exist where staff are leaving because they felt bullied, singled out, harassed, or didn't want to associate with fellow staff who acted in inappropriate behavior. The department that you and I signed up with is better than these isolated incidents. Each of us want to be proud of where we work and what we do. Looking out for our fellow brothers and sisters is more than "watching their back" while they do a tier check. It's making sure that everyone feels welcomed, supported, and valued.
>
> Starting with central office (Prisons admin) and working with your Wardens, we have established an action plan that reestablishes our expectations and desire to be in line with our Values Statement. We want this expectation to be done in person with each of you. We will use the chain of command for accomplishing this task. Over the next few months each of you should be hearing from your direct supervisor and having this conversation. You should also expect to see top leadership modeling the way. The way we talk, act, and treat people.
>
> What I love about these types of emails is that the only people offended will be the same people who violate these Values. I'm not talking about those that make mistakes and get caught up in a conversation that we know we shouldn't have. I'm talking about the persistent violators. The ones that seek out new and vulnerable staff. The ones that constantly remind new staff that they are "FNG's" and can be fired for no reason while on probation. Speaking directly to that person who engages in this type of negativity, on behalf of everyone else, knock it off. You embarrass our department and stain the very things that hold our heads up high. Too many special, valiant, brave people walk through these halls for you to "represent" the silent majority who demonstrate professionalism everyday.
>
> I hope you read this and agree there is room for improvement. Before we go charging after those that may have been part of this in the past, lets provide an opportunity to change. Lets also provide avenues for staff to feel safe in reporting incidents that are offensive or inappropriate.
>
> Much love and respect for you that hold the line. To our staff who have to work on these upcoming Holidays, Thank you for your dedication and commitment.
>
> Happy Thanksgiving everyone...
>
>
>
>
>
>

> Kevin Kempf
> Chief of Prisons
> Idaho Department of Corrections
> (208) 658-2122

3