UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 13 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CYNTHIA FULLER,

        Plaintiff - Appellant,

v.

IDAHO DEPARTMENT OF CORRECTIONS; et al.,

        Defendants - Appellees.

No. 14-36110

D.C. No. 1:13-cv-00035-JLQ
U.S. District Court for Idaho, Boise

**MANDATE**

The judgment of this Court, entered July 31, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $278.30.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Howard Hom
        Deputy Clerk
        Ninth Circuit Rule 27-7