Kathryn Harstad (ID Bar No. 8419)
Erika Birch (ID Bar No.7831)
**STRINDBERG & SCHOLNICK, LLC**
1516 W. Hays Street
Boise, ID 83702
Telephone:	(208) 336-1788
Facsimile:	(208) 287-3708
*kass@utahjobjustice.com*
*erika@idahojobjustice.com*
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **CYNTHIA FULLER**, <br><br> Plaintiff, <br><br> vs. <br><br> **STATE OF IDAHO, DEPARTMENT OF CORRECTIONS,** <br><br> Defendants. | **JOINT STATUS REPORT** <br><br> Case No. 1:13-CV-00035-EJL <br><br> JUDGE EDWARD J. LODGE |

Plaintiff Cynthia Fuller and Defendant State of Idaho Department of Corrections (collectively, the "Parties"), by and through their undersigned counsel, hereby file this Joint Status Report. The Parties are currently discussing mediation and are attempting to schedule such mediation. However, the Parties do not want to delay a trial during such mediation, and as such, the Parties request that the Court schedule a Scheduling Conference to select trial dates. The Parties estimate that the trial will take 7 days.

Dated this 13th day of November, 2017

                        **STRINDBERG & SCHOLNICK, LLC**

                        /s/ Kass Harstad
                        Kass Harstad
                        Attorneys for Plaintiff


Dated this 13th day of November, 2017

                        **ANDERSON, JULIAN & HULL, LLP**

                        /s/ Phillip Collaer     (signed with permission)
                        Phillip J. Collaer, of the Firm
                        Attorneys for Defendant