IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CYNTHIA FULLER,<br><br>             Plaintiff,<br><br>vs.<br><br>STATE OF IDAHO, DEPARTMENT OF CORRECTIONS, et al.,<br><br>             Defendants. | Case No. 1:13-cv-00035-DCN<br><br>**ORDER TO VACATE TRIAL DATE AND STAY TRIAL DEADLINES PENDING RESOLUTION BY U.S. SUPREME COURT** |

Based on the parties' Joint Motion to Vacate the Trial Date and Stay Trial Deadlines (Dkt. 104) pending resolution by the United States Supreme Court, and for good cause showing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The May 29, 2018 trial date in this matter is hereby VACATED.

2. All trial deadlines are hereby stayed.

3. The parties shall contact the Court to set a Scheduling Conference within two weeks after the United States Supreme Court issues a decision in the matter.

DATED: January 26, 2018

_____
David C. Nye
U.S. District Court Judge