**<u>JURY TRIAL</u>  - Day 1**

        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: David C Nye                              Deputy Clerk: Pamela Fulwyler
Case No: 13-035-S-BLW                 Reporter: Katherine Eismann
Date: February 04, 2019                 Time: 1 hr
Place:   Boise, ID

<u>Cynthia Fuller</u>                     <u>Kathryn Harstad / Erika Birch</u>
        Plaintiff                  Attorney for Plaintiff
vs.

<u>Corrections, Department of et al</u>    <u>Phillip Collaer / Yvonne Dunbar</u>
        Defendant             Attorney for Defendant

(X) 11:30 am - Discussion concerning the protection order, diseased witness and expert witness.
(X) 1:30 pm - For reasons as stated on the record, the parties may discuss the protective order, Court will allow the testimony of the diseased witness, will allow the late witnesses at this time.
(X) Jurors present in courtroom.
(X) Introductory jury instruction.
(X) All jurors in Courtroom sworn.
(X) Voir Dire.

(X) Panel Passed for Cause.
(X) Peremptory Challenges made.

(X) Jury admonished and the Court took a recess at 4:10 pm

(X) 4:30 pm - outside presence of the jury, discussion concerning the Batson Challenge raised by the Plaintiff.  For reasons stated on the record the Batson Challenge is Overruled.

(X) Jurors and all Parties present in courtroom - 4:44 pm
(X) Jurors sworn to try the issues of the cause.

(X) Jury admonished for the evening recess and Court adjourned at 4:50 pm
(X) Trial to resume February 05, 2019 at 9:00 am.  Counsel to be present at 8:15 am.