<u>JURY TRIAL</u>  - Day 8

       UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge: David C Nye | Deputy Clerk: Pamela Fulwyler |
| Case No: 13-035-S-DCN | Reporter: Katherine Eismann |
| Date: February 13, 2019 | Time: 2 hrs 50 mins |
| Place: Boise, ID | |

| | |
|---|---|
| <u>Cynthia Fuller</u> | <u>Kathryn Harstad / Erika Birch</u> |
|       Plaintiff | Attorney for Plaintiff |
| vs. | |
| <u>Corrections, Department of et al</u> | <u>Phillip Collaer / Yvonne Dunbar</u> |
|       Defendant | Attorney for Defendant |

(X) Counsel present 8:44 am - Discussion concerning testimony of Craig Fitzgerald and plaintiff objected to certain testimony of Sharla Means.
(X) Jurors and all Parties present in courtroom - 9:05 am

<u>WITNESSES:</u>
Plaintiff's Witnesses:
Rebuttal - Cynthia Fuller

Defendant's Witnesses:
Craig W. Beaver
Sharla Augusta Means
Kevin Kempf

Deposition Volume 1 of Sharla Means Published
Deposition of Kevin Kempf

<u>EXHIBITS  Admitted:</u>
Plaintiffs' Exhibits admitted into evidence:
n/a

Defendants' Exhibits admitted into evidence:
n/a

(X) Jury admonished and excused for the morning recess at 10:15 am
(X) Outside the jury 11:00 am - objection by plaintiff regarding testimony of Sharla Means from earlier this morning: Overruled.
(X) Jurors and Parties present in courtroom - 11:06 am

(X) Jury admonished and the Court took a short recess at 12:00 pm
(X) Jurors and Parties present in courtroom - 12:05 pm

(X) Jury admonished and Court recessed for lunch at 12:10 pm
(X) Jurors and all Parties present in courtroom - 1:25 pm

Defendant rested - 1:55 pm

Both Parties Rested - 2:00 pm


(X) Outside of the Jury, discussion concerning jury instructions.
(X) Court recessed - 2:05 pm
(X) Counsel to return at 4:00 pm for informal jury instructions.
(X) Jurors released for the day and to return at 9:00 am February 14, 2019.

(X) Informal jury instructions to Parties - 4:00 pm

(X) Trial to resume February 14, 2019 at 9:00 am. Counsel to be present 8:30 am



ALL Exhibits Admitted in Trial through today:
Plaintiffs' Exhibits admitted into evidence:
1011, 1042, 1006, 1009, 1016, 1020, 1017, 1021, 1022 admitted with limited instruction, 1023 admitted with limited instruction, 1024, 1025, 1029, 1008 only part 8E Safety and 1008 8C Confidentiality admitted, 1027 admitted with limited instruction, 1034, 1003, 1039, 1033, 1019, 1028, 1030, 1045, 1046, 1038, 1032 redacted, 1004

Joint Exhibits admitted into evidence:
1, 2, 3, 4 redacted, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19

Defendants' Exhibits admitted into evidence:
2022