## JURY TRIAL  - Day 9 Final

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: David C Nye                                        Deputy Clerk: Pamela Fulwyler
Case No: 13-035-S-DCN                            Reporter: Katherine Eismann
Date: February 14, 2019                             Time: 2 hrs 50 mins
Place: Boise, ID

<u>Cynthia Fuller</u>                              <u>Kathryn Harstad / Erika Birch</u>
            Plaintiff                                    Attorney for Plaintiff

vs.

<u>Corrections, Department of et al</u>        <u>Phillip Collaer / Yvonne Dunbar</u>
            Defendant                                 Attorney for Defendant


Final Jury Instructions to Parties and Objections placed on the Record - 8:38
Exhibits 1050 admitted and 1032 to be redacted of any reference to pay and social security number.

Jurors and all Parties present in courtroom - 9:20 am

Court read Jury Instructions.
Closing Arguments by Plaintiff.
Closing Arguments by Defendant.
Rebuttal by Plaintiff.

Jury adjourned for deliberation - 11:42 pm.
Courts  remarks to counsel regarding availability during deliberations.

Jury Questions.

Jurors and all Parties present in courtroom for the verdict - 5:14 pm
Neither party requested the jury to be polled.
Court thanked jurors for their service and they were excused.


Court in Recess - TRIAL CONCLUDED


**CLERK'S NOTE:**     **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE TRIAL.**