UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CYNTHIA FULLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF IDAHO, DEPARTMENT OF CORRECTIONS, BRENT REINKE, in his official capacity, and HENRY ATENCIO, in his official and individual capacity,<br><br>　　　　Defendants. | Case No. 1:13-cv-00035-DCN<br><br>**JUDGMENT** |

　　　　Pursuant to Federal Rules of Civil Procedure 58 and based upon the jury's verdict in this case (Dkt. 158),

IT IS HEREBY ORDERED:

1. That judgment be entered in favor of Plaintiff Cynthia Fuller and against Defendant State of Idaho, Department of Corrections.

2. That Plaintiff Cynthia Fuller is awarded damages against Defendant State of Idaho, Department of Corrections, in the amount of $1,800,000.00 (one million, eight hundred thousand dollars).

　　　　　　　　　　　　　　　　　　DATED: March 26, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　David C. Nye
　　　　　　　　　　　　　　　　　　Chief U.S. District Court Judge

JUDGMENT - 1