KATHRYN HARSTAD (ISB No. 8419)
ERIKA BIRCH (ISB No. 7831)
**STRINDBERG & SCHOLNICK, LLC**
1516 W. HAYS ST.
Boise, ID 83702
(t) 208.336.1788
(f) 208.287-3708
kass_@utahjobjustice.com
erika@idahojobjustice.com

*Attorneys for Plaintiff*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

---

| | |
|---|---|
| **CYNTHIA FULLER,**<br><br>    Plaintiff,<br><br>vs.<br><br>**STATE OF IDAHO, DEPARTMENT OF CORRECTIONS, et al.,**<br><br>    Defendants. | **PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS**<br><br>Civil No. 1:13-cv-00035-DCN<br><br>Honorable Judge David C. Nye |

Plaintiff, Cynthia Fuller, by and through her undersigned attorneys, hereby submits this *Motion for Attorney Fees and Costs* pursuant to Rule 54, Local Civil Rule 54.2, 42 U.S.C. § 1988 and §2000e-5(k). For the reasons set forth in her supporting Memorandum, Ms. Fuller requests the Court award her certain attorneys' fees, expert witness fees, and costs as the prevailing party in this matter.

DATED this 9th day of April, 2019.

**STRINDBERG & SCHOLNICK, LLC**


/s/ Erika Birch
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I CERTIFY that on the 9th of April, 2019, I caused a true and correct copy of the foregoing instrument was served on the following via the CM/ECF system:

>Phillip J. Collaer
>Yvonne A. Dunbar
>Anderson Julian & Hull LLP
>C.W. Moore Plaza
>250 S. Fifth St. Suite 700
>P.O. Box 7426
>Boise, ID  83707-7426
>*pcollaer@ajhlaw.com*
>*ydunbar@ajhlaw.com*

**/s/Tonya Hansen**