UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CYNTHIA FULLER,<br><br>       Plaintiff,<br><br>       v.<br><br>STATE OF IDAHO, DEPARTMENT OF CORRECTIONS, BRENT REINKE, in his official capacity, and HENRY ATENCIO, in his official and individual capacity,<br><br>       Defendants. | Case No. 1:13-cv-00035-DCN<br><br>**AMENDED JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, based upon the jury's verdict in this case (Dkt. 158), and in accordance with the Court's order (Dkt. 175) granting Defendants' Motion to Amend/Correct Judgment (Dkt. 160),

IT IS HEREBY ORDERED:

1. That judgment be entered in favor of Plaintiff Cynthia Fuller and against Defendant State of Idaho, Department of Corrections.

2. That Plaintiff Cynthia Fuller is awarded damages against Defendant State of Idaho, Department of Corrections, in the amount of $300,000.00 (three hundred thousand dollars).

DATED: May 21, 2019

_____
David C. Nye
Chief U.S. District Court Judge

AMENDED JUDGMENT - 1