UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CYNTHIA FULLER,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF IDAHO, DEPARTMENT OF CORRECTIONS, BRENT REINKE, in his official capacity, and HENRY ATENCIO, in his official and individual capacity,<br><br>    Defendants. | Case No. 1:13-cv-00035-DCN<br><br>**SECOND AMENDED JUDGMENT** |

Pursuant to Federal Rules of Civil Procedure 58, based upon the jury's verdict in this case (Dkt. 158), the Court's order granting Defendants' Motion to Amend/Correct Judgment (Dkt. 180), and the Court's order granting Fuller's Motion for Attorney Fees and Costs (Dkt. 184),

IT IS HEREBY ORDERED:

1. That judgment be entered in favor of Plaintiff Cynthia Fuller and against Defendant State of Idaho, Department of Corrections.

2. That Plaintiff Cynthia Fuller is awarded damages against Defendant State of Idaho, Department of Corrections, in the amount of $300,000.00.

3. That attorneys' fees are awarded to Fuller in the amount of $990,043.20.

4. That costs are awarded to Fuller in the amount of $7,626.26.

DATED: November 26, 2019

_____
David C. Nye
Chief U.S. District Court Judge

SECOND AMENDED JUDGMENT - 1